# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151277(88)

ROBERT ARBUCKLE, Personal Representative
of the Estate of CLIFTON M. ARBUCKLE,
        Plaintiff-Appellee,

v

GENERAL MOTORS, LLC,
        Defendant-Appellant.

_____/

SC: 151277
COA: 310611
MCAC: 11-000043

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Kim F. Ebert to appear and practice on behalf of defendant-appellant under MCR 8.126(A) is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2016

Clerk